UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CAUSE NO. 3:09-CR-61 RM |
| | ) | |
| HERBERT L. CORN | ) | |

ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on June 30, 2009. Accordingly, the court ADOPTS those findings and recommendations [docket # 9], ACCEPTS defendant Herbert Corn's plea of guilty, and FINDS the defendant guilty of Counts 1, 2, 3, 4, and 5 of the Information, in violation of 33 U.S.C. § 1319(c)(4) and 18 U.S.C. § 2.

SO ORDERED.

ENTERED:  July 22, 2009

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court